PRICE v. CITY OF WINSTON-SALEM

No. 21A01

Case below: 141 N.C. App. 55

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeal is denied 1 March 2001. Justice Edmunds recused.

RATCHFORD v. C.C. MAGNUM, INC.

No. 51P01

Case below: 141 N.C. App. 150

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

REDDING v. SHELTON'S HARLEY DAVIDSON, INC.

No. 470P00

Case below: 139 N.C. App. 816

Petition by defendants for writ of supersedeas denied and temporary stay dissolved 3 January 2001. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 January 2001.

REECE v. ESTATE OF SWANN

No. 133P01

Case below: 141 N.C. App. 350

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.

RIPLEY v. DAY

No. 84P01

Case below: 139 N.C. App. 630

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.